# United States Court of Appeals for the Federal Circuit

January 5, 2017

**ERRATUM**

Appeal No. 2016-1703

**EMERALD CITIES COLLABORATIVE, INC.,**
*Appellant*

**v.**

**SHERI JEAN ROESE**
*Appellee*

Decided: December 13, 2016
Nonprecedential Opinion

The following change has been made:

On page 3, line 3 of the opinion, after "Application Serial No. 76/684,594 (the 'Mark')," the following footnote has been inserted:

\* The Agreement identifies Orlando's trademark application as "U.S. Trademark Application Serial No. 76/684,594." J.A. 212. However, the record shows that the correct serial number should be 76/694,594. *See, e.g.*, J.A. 5, 19, 32.